Case 1:11-cv-01237-LGS-JCF   Document 38   Filed 04/19/13   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/13

# REPPERT KELLY, LLC
### COUNSELORS AT LAW

| | |
|---|---|
| 120 MOUNTAIN VIEW BOULEVARD | 570 LEXINGTON AVENUE |
| POST OFFICE BOX 509 | 8TH FLOOR |
| BASKING RIDGE, NEW JERSEY 07920 | NEW YORK, NEW YORK 10022 |
| TELEPHONE:  (908) 605-2120 | TELEPHONE:  (212) 490-0988 |
| FACSIMILE:   (908) 605-2121 | FACSIMILE:   (212) 490-0287 |
| | WWW.REPPERTKELLY.COM |

WRITER'S EMAIL ADDRESS
JVREPPERT@REPPERTKELLY.COM

April 17, 2013

**VIA EMAIL ONLY**
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007-1312
*Schofield_nysdchambers@nysd.uscourts.gov*

    Re:    Oleg Cassini, Inc. v. Electrolux Home Products, Inc. d/b/a Frigidaire
             United States District Court
             Southern District of New York
             Civil Action No.:  11 Civ. 1237 (LGS)(JCF)

Dear Judge Schofield:

      We, along with the law firm of Carroll, McNulty & Kull, LLC, represent Oleg Cassini, Inc. in connection with the above-referenced action. Since transmitting our letter dated April 16, 2013 to the Court we have again discussed this matter with defense counsel and have worked out a schedule regarding a few contested issues including which Defendant has agreed to provide a response to each of our deficiencies specified in writing by April 23, 2013. The present court order indicates the completion of fact discovery by May 17, 2013.

      In light of same, both plaintiff and defenses counsel jointly submit this letter to request your permission to extend the first scheduled date to provide a joint status letter from its original due date of April 18, 2013 to May 3, 2013 and the opportunity to have a conference before your Honor the week of May 6, preferably May 8th or 9th if convenient for the Court. To the extent the requested relief is granted and a formal order is required; a proposed Stipulation is attached.

      We thank the Court in advance for its consideration of our request.

                                      Respectfully Submitted,

                                      /s/ J. Vincent Reppert

                                      J. Vincent Reppert

Honorable Lorna G. Schofield, U.S.D.J.
April 17, 2013
Page 2 of 2

I have jointly prepared this letter with counsel for the Plaintiff and join in the requested relief.

Respectfully Submitted,

_____
John P. Freedenberg, Esq.
Attorneys for Defendant

This matter continues to be referred to Magistrate Judge Francis for general pretrial supervision. Therefore, the parties should direct any discovery issues to Magistrate Judge Francis. The due date for the joint status letter is adjourned to April 23, 2013. No further extensions will be granted.

SO ORDERED   April 19, 2013

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE