# Exhibit A



**GOLDBERG SEGALLA**<sup>LLP</sup>

John P. Freedenberg | Partner
Direct 716.566.5487 | jfreedenberg@goldbergsegalla.com

June 3, 2013

**BY FEDERAL EXPRESS**
Nicholas A. Vytell, Esq.
Carroll, McNulty & Kull, LLC
570 Lexington Avenue, 8th Floor
New York, New York 10022

   Re: Oleg Cassini Inc. v. Electrolux Home Products
     Our File No. 4520.0007

Dear Mr. Vytell:

  Enclosed please find a portable hard drive containing defendant's document production bates numbered EHP CASSINI 0000238 to 0163142, along with an index of the documents, all served in response to plaintiff's demands, and as further discussed in our letter of May 1, 2013. Please note that this disclosure is made pursuant to the terms of the protective order entered in this action.

  Defendant requests that plaintiff withdraw the pending motion to compel. As you can see, we have made a comprehensive disclosure, and the effort undertaken to compile and produce was very time-consuming.

  Thank you for your consideration.

             Very truly yours,

             John P. Freedenberg

JPF:j
Cc: (without enclosures)
   J. Vincent Reppert, Esq.
   Ellen H. Greiper, Esq.

Cassini Production Index

| Bates-Range | Description |
|---|---|
| EHP CASSINI 0000238-0016274; 0016385-0020735 | Readily available claim files for electric dryers |
| EHP CASSINI 0016275-0016355 | Emails from AHAM to Electrolux |
| EHP CASSINI 0020736-0022622 | Depositions from State Farm (Haroutounyan) v. Electrolux |
| EHP CASSINI 0022623-0022654 | Service Provider Policy |
| EHP CASSINI 0022655 | Annual Demand for Flexible Foil Venting |
| EHP CASSINI 0022656-0022671 | Service Provider Application |
| EHP CASSINI 0022672-0044030; 0045330-0136553 | Emails to and from engineers, including Carl King, Brian Ripley, Mike Ricklefs, John Jergens, and Shelley Clausen responsive to the terms "fire, burn, smoke, and melt" and all derivatives |
| EHP CASSINI 0044031-0044418 | Communications with the CPSC |
| EHP CASSINI 0044419-0044485 | Engineering Design Drawings, Engineering Change Notices, and Document Change Requests for heater pan, felt seal, drum, drum glide, air duct, air duct seal, and blower housing |
| EHP CASSINI 0044486-0044585 | Emails from quality to engineering regarding the felt seal |
| EHP CASSINI 0044586-0044621 | Comparative Lint Testing Documents |
| EHP CASSINI 0044622-0045329 | Technical Training Manuals, Service Manuals and Service Bulletins |
| EHP CASSINI 0136554-0151768 | Testing Documents for Dryers |
| EHP CASSINI 0151769-0158580 | Engineering Design Binders for the Alliance, Next Level, and Affinity Platforms |
| EHP CASSINI 0158581-0163142 | Production, Depositions, and Expert Reports from Schantz; Corporate Retention Policies, and Warranty Data for electric dryers responsive to the terms "fire, burn, melt, and smoke" and all derivatives |