**MEMO ENDORSED**

# REPPERT KELLY, LLC
COUNSELORS AT LAW

120 MOUNTAIN VIEW BOULEVARD
POST OFFICE BOX 509
BASKING RIDGE, NEW JERSEY 07920
TELEPHONE: (908) 605-2120
FACSIMILE: (908) 605-2121

WRITER'S EMAIL ADDRESS
JVREPPERT@REPPERTKELLY.COM

570 LEXINGTON AVENUE
8TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 490-0988
FACSIMILE: (212) 490-0287
WWW.REPPERTKELLY.COM

July 15, 2013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/13
```

**VIA FACSIMILE ONLY**
Hon. James C. Francis, IV, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *Oleg Cassini, Inc., v. Electrolux Home Products, Inc.*
      United States District Court for the Southern District of New York
      Civil Action No. 11-1237(LGS)(JCF)

Dear Judge Francis:

We represent Plaintiff, Oleg Cassini, Inc. ("Plaintiff"), in the above-referenced action. We write to respectfully request a short extension of the deadline to serve liability expert reports until August 30, 2013.

As Your Honor is aware, this action has been the subject of multiple motions seeking discovery from Defendant that ultimately resulted in Defendant producing approximately 162,000 responsive documents on June 6, 2013. Defendant's production required our office to retain an outside consultant at considerable expense to convert the documents into searchable format and upload them onto our system for review. That conversion has only recently been completed. In the interim, counsel spent considerable time reviewing the documents one at a time in native format and was able to review approximately 20,000 of the documents. Despite our best efforts, it has simply been impossible to review meaningfully the entire production in such a short period of time.

Currently, Plaintiff's expert reports are required to be served today, July 15, 2013. Based upon our initial review of the documents and discussions with our experts, it is absolutely necessary that Plaintiff's liability experts be afforded the opportunity to review the production prior to rendering their final reports. The documents produced include, among other things, claim files for other instances in which dryers manufactured by Defendant caught fire, thousands upon thousands of warranty claim notes, communications with the Consumer Product Safety

Hon. James C. Francis, IV, U.S.M.J.
July 15, 2013
Page 2 of 2

Commission, and design drawings. All of these documents are relevant to Plaintiff's contention that the product at issue was defective and it is fundamental that Plaintiff's liability experts be permitted an opportunity to review them prior to rendering their final reports.

We attempted to contact Defendant's counsel regarding the above-referenced application; however, we have not heard back from them as of this filing. Defendant will not be prejudiced by the requested extension and, in fact, will benefit by allowing Plaintiff to serve a single, narrow, and focused expert report from each witness, rather than multiple supplements, which will inevitably be the result if the experts have no time to review the voluminous document production.

Based upon the foregoing, we respectfully request that the time for Plaintiff to produce expert reports and related materials be extended until Friday, August 30, 2013; with Defendant's expert reports produced by September 30, 2013; and expert depositions completed by October 15, 2013.

We thank Your Honor in advance for your continued attention to this matter. Of course, should Your Honor require any additional information, please do not hesitate to contact us. Thank you very much.

Respectfully Submitted,

REPPERT KELLY, LLC

*J. Vincent Reppert*

J. Vincent Reppert

Cc  John P. Freedenberg, Esq. (*via email only*)
    Nicholas A. Vytell, Esq. (*via email only*)

7/16/13

Application granted.
SO ORDERED.

James C. Francis IV
USMJ

(This does not change the October 15, 2013 deadline for dispositive motions). jcf